UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| LENARD CHAUNCY DIXON, | |
| Petitioner, | No. 7: 24-CV-033-REW |
| v. | |
| WARDEN, USP-BIG SANDY, | JUDGMENT |
| Respondent. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** that:

1. Petitioner Lenard Chauncy Dixon's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, DE 1, is **DISMISSED** for lack of subject-matter jurisdiction.

This the 18th day of April, 2024.

Signed By:
*Robert E. Wier*  REW
United States District Judge

1